# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| CHRISTOPHER JAY SCAPEROTTA,<br><br>    Plaintiff(s),<br><br>V.<br><br><br>FRANCIS SEQUEIRA, et al.,<br><br>    Defendant(s). | JUDGMENT IN A CIVIL CASE<br><br>Case: CV 21-00069 JMS-KJM<br><br>FILED IN THE<br>UNITED STATES DISTRICT COURT<br>DISTRICT OF HAWAII<br><br>April 5, 2021<br><br>At 9 o'clock and 35 min a.m.<br>MICHELLE RYNNE, CLERK |

[ ]   **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]   **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

   IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice, pursuant to ECF No. 12, Minute Order, entered on April 5, 2021.



| April 5, 2021 | | MICHELLE RYNNE |
|---|---|---|
| Date | | Clerk |
| | | /s/ Michelle Rynne by J.O. |
| | | (By) Deputy Clerk |